# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# TALLAHASSEE DIVISION

DALE CROSS,

      Petitioner,

v.                                                                              CASE NO.  4:06cv521-RH/WCS

TIMOTHY J. BUDZ,

      Respondent.

_____/

## ORDER DISMISSING PETITION

This matter is before the court on the magistrate judge's report and recommendation (document 25), to which no objections have been filed.  Upon consideration,

IT IS ORDERED:

The report and recommendation is ACCEPTED and adopted as the opinion of the court.  The motion to dismiss (document 8) is GRANTED.  The clerk shall enter judgment stating, "This action is DISMISSED as untimely."  The clerk shall close the file.

SO ORDERED this 23d day of November, 2007.

                                                s/Robert L. Hinkle
                                                Chief United States District Judge